**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-6116**

———————

TIMOTHY R. BYLAND,

Plaintiff - Appellant,

versus

DONNA CUMBIA, Manager, Records Department;
EDWARD E. WRIGHT, JR., Warden; GARY L. BASS,
Manager, Classification and Records Unit,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior District Judge.  (CA-99-1868-AM)

———————

Submitted:  May 25, 2000          Decided:  June 5, 2000

———————

Before WILLIAMS, MICHAEL, and KING, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Timothy R. Byland, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Timothy Byland, a Virginia inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint under 28 U.S.C.A. § 1915A (West Supp. 1999). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See Byland v. Cumbia, No. CA-99-1868-AM (E.D. Va. Dec. 20, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Although the district court's order is marked as "filed" on December 17, 1999, the district court's records show that it was entered on the docket sheet on December 20, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).